

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00652-CV

**IN RE** William O. **WILEY**;
Wiley Lease Co., Ltd.; W. Disposal Services, LLC; and Gaydos Vac Services, LLC

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
                Irene Rios, Justice
                Beth Watkins, Justice

Delivered and Filed: October 16, 2019

PETITION FOR WRIT OF MANDAMUS DISMISSED

Relators filed an unopposed motion to dismiss this original proceeding because the trial court entered an order that rendered this proceeding moot. We grant the motion and dismiss the petition for writ of mandamus. Relators' emergency motion to stay is denied as moot.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 19-09-0837-CVA, styled *Wiley Energy Services, LLC v. William O. Wiley; et al.*, pending in the 81st Judicial District Court, Atascosa County, Texas, the Honorable Lynn Ellison presiding.